Michael J. Wise, Bar No. 143501
MWise@perkinscoie.com
Lauren Sliger, Bar No. 213880
LSliger@perkinscoie.com
Lara Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff and Counter-Defendant
*RUYAN INVESTMENT (HOLDINGS) LIMITED*

Gary M. Anderson
ganderson@fulpat.com
Michael J. Moffatt
mmoffatt@fulpat.com
Jessica Brookhart-Knost
jbknost@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045

Attorneys for Defendants
*CN CREATIVE LIMITED and INTELLICIG USA LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUYAN INVESTMENT (HOLDINGS) LIMITED, a British Virgin Islands company,

Plaintiff,

v.

VAPOR CORP., a Nevada Corporation; LOAD AND FOLD dba MAGIC PUFFER, a New Jersey Corporation; GIL CYPHERT, an individual dba NU 1S; JEFFREY ORTH, an individual dba JANTY USA; JANTY USA, LLC, a Texas Limited Liability Company; CN CREATIVE LIMITED, a United Kingdom company; INTELLICIG USA LLC, a Georgia Limited Liability Company; and DOES 1-10, inclusive,

Defendants.

AND RELATED COUNTERCLAIMS.

Case No. CV 11-06268 GAF (FFMx)

**STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE**

It is hereby stipulated between Plaintiff Ruyan Investment (Holdings) Limited ("Ruyan") and Defendants CN Creative LTD, a United Kingdom company ("CN Creative") and IntelliCig USA, LLC, a Georgia Limited Liability Company ("Intellicig"), by and through their respective counsel, and subject to Court approval, that the Court may enter a stipulated injunction against Defendants CN Creative and Intellicig and a dismissal with prejudice as follows:

1. The District Court for the Central District of California has jurisdiction over the parties to this action and over the subject matter hereof pursuant to the 28 U.S.C. §§ 1331 and 1338(a). Ruyan filed this suit on July 29, 2011 [Dkt. 1]. Service of process was properly made against Defendants CN Creative and Intellicig [Dkts. 32, 14].

2. Ruyan is the owner of the entire right, title, and interest in and to United States Patent No. 7,832,410 ("the '410 Patent"), and all of the claims thereof, are valid and enforceable.

3. Defendants CN Creative and Intellicig sold electronic cigarettes depicted in Appendix A, Version #1 and Version #2.

4. Defendants CN Creative and Intellicig their agents and employees, and all other persons and entities in active concert or participation with them who receive actual notice hereof by personal service or otherwise, agree to be enjoined by this instrument and restrained from infringing, either directly or indirectly, or inducing infringement of or contributorily infringing any of the claims of the '410 Patent, and from making, having made, importing, using, selling or offering to sell infringing e-cigarettes, including but not limited to Version #1 and Version #2, during the life of the '410 Patent.

5. Nothing herein shall be construed as a release as to any third party.

6. The Court shall retain jurisdiction over Defendants CN Creative and Intellicig to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

7. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and subject to the above, Plaintiff Ruyan and Defendants CN Creative and IntelliCig respectfully request dismissal with prejudice of any and all claims in this action that were or could have been brought against Defendants CN Creative and IntelliCig.

8. Each party shall bear its own fees and costs.

DATED: June 8, 2012

Respectfully submitted,

**PERKINS COIE LLP**

By: /michael j. wise/
      Michael J. Wise

Attorneys for Plaintiff and Counter-Defendant
*RUYAN INVESTMENT (HOLDINGS) LIMITED*

DATED: June 8, 2012

Respectfully submitted,

**FULWIDER PATTON LLP**

By: /michael j. moffatt/
      Michael J. Moffatt

Attorneys for Defendants
*CN CREATIVE LIMITED and INTELLICIG USA LLC*

# APPENDIX A
## VERSION #1









**VERSION #2**

www.intellicig.com

www.intellicig.com

www.intellicig.com
www.intellicig.com

www.intellicig.com




