UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6268 GAF (FFMx) | | Date | July 25, 2012 |
|---|---|---|---|---|
| Title | RUYAN INVESTMENT (HOLDINGS) LIMITED v. VAPOR CORP., et al. | | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER RE MOTION TO COMPEL

On July 23, 2012, plaintiff filed a document entitled "Ruyan's Notice of Motion and Motion to Compel Vapor Corp. to Provide Further Responses to Ruyan's First Set of Interrogatories and to Produce Documents; Request for Monetary Sanctions" ("motion"). Plaintiff's motion indicates that defendant has refused to meet and confer with plaintiff. As a result, plaintiff has not provided a joint stipulation in connection with the motion.

Given the foregoing, defendant is ordered to meet in person with plaintiff's counsel at the office of plaintiff's counsel within 10 days of the date of this order. The parties are ordered to prepare and file a joint stipulation with respect to the motion no later than August 10, 2012. The joint stipulation shall set forth the positions of each party with respect to any unresolved issues. The joint stipulation shall also contain, with respect to each issue, a description of any proposal made by each party to resolve the issue.

The Court will rule on the motion after reviewing the joint stipulation. The hearing scheduled for August 21, 2012 is hereby vacated.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | JM |