UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-367-GAF<br>CV 12-5466-GAF<br>CV 12-5482-GAF<br>CV 11-6268-GAF | Date | August 27, 2012 |
|---|---|---|---|
| Title | Ruyan Investment Holdings Limited v.Vapor Corp, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs:<br>None | Attorneys Present for Defendants:<br>None | |

**Proceedings:** (In Chambers)

## ORDER RE: CASE MANAGEMENT

In the above referenced lawsuit, a <u>Markman</u> hearing [70] in CV 12-6268 is now scheduled for August 30, 2012, at 9:30 a.m. Because this Court will be in trial on that date at that time, the hearing is **VACATED** and will be set on a different date. The Application to Allow Counsel to bring Equipment to the Courtroom is denied at this time [82].

In the meantime, the Court notes that Ruyan Investment Holdings Limited is the named plaintiff in eleven related lawsuits now pending before this Court. These are the following:

| | |
|---|---|
| Ruyan v. Smoking | CV 11-367-GAF |
| Ruyan v. Vapor | CV 11-6268-GAF |
| Ruyan v. Sottera | CV 12-5454-GAF |
| Ruyan v. LOEC | CV 12-5455-GAF |
| Ruyan v. CB Distributors | CV 12-5456-GAF |
| Ruyan v. Vapor | CV 12-5466-GAF |
| Ruyan v. Finiti Branding | CV 12-5468-GAF |
| Ruyan v. Barjan | CV 12-5470-GAF |
| Ruyan v. Spark | CV 12-5472-GAF |
| Ruyan v. Nicotek | CV 12-5477-GAF |
| Ruyan v. Logic | CV 12-5482-GAF |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-367-GAF<br>CV 12-5466-GAF<br>CV 12-5482-GAF<br>CV 11-6268-GAF | Date | August 27, 2012 |
|---|---|---|---|
| Title | Ruyan Investment Holdings Limited v. Vapor Corp, et al. | | |

    These lawsuits must be coordinated so that they may be resolved as efficiently and expeditiously as reasonably possible. To that end, Ruyan is **ORDERED** to prepare and submit to the Court a proposed approach to case management that identifies issues common to all cases and that will allow for these common issues to be resolved in a single proceeding for all lawsuits and eliminate the need for multiple Markman hearings. This case management report should be filed with the Court no later than the close of business on **Friday, September 7, 2012**.

    The Motion to Transfer [17] and the Motion to Set Aside Default [12] in CV 12-5466, set for September 10, 2012 is VACATED.

    The Motion to Set Aside Default [13] in CV 12-5482, set for September 10, 2012 is VACATED.

    The hearing on the Motion for Default Judgment and Permanent Injunction [72, 73] in CV 11-367, set for September 10, 2012 will remain on calendar.

    The hearing on the Motion for Default Judgment and Permanent Injunction [75] in CV 11-6268, set for September 10, 2012 will remain on calendar.

    **IT IS SO ORDERED.**